SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
E-Mail: lbutler@seyfarth.com
Andrea K. Anapolsky (SBN: 238297)
E-Mail: aanapolsky@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
WEST COAST LIFE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SIMON MATTA, an individual, | Case No. SACV10-1707 AG (RNBx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: February 21, 2012

_____
The Honorable Andrew J. Guilford
UNITED STATES DISTRICT COURT JUDGE